**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LOMAR LLOYD ANTONIO DAVIS,

Petitioner,

v. Case No. 2:26-cv-00864 KWR-JFR

WARDEN, *Otero County Processing Center*,
MARY DE ANDA-YBARRA, *Field Office Director, El Paso, U.S. Immigration and Customs Enforcement,*
ACTING DIRECTOR*,*
*Immigration and Customs Enforcement,*
TODD BLANCHE, *U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

Respondents.

**ORDER TO SHOW CAUSE**

**THIS MATTER** comes before the Court on Petitioner's Petition for Writ of Habeas Corpus (**Doc. 1**). Respondents filed a motion to dismiss, asserting that this Court lacks jurisdiction or authority to review Petitioner's bond hearing. Petitioner has been detained for approximately two years. Petitioner's primary claim is that his prolonged detention violates due process, which the Court clearly has jurisdiction to consider. Respondents fail to address Petitioner's due process argument.

Therefore, the Court directs Respondents to file an amended response within **fourteen (14) days** of the entry of this order (1) addressing Petitioner's prolonged detention claim and (2) providing Petitioner's full criminal history. If Respondents fail to respond to this order to show

cause or fail to address the matters identified above, the Court may take the Petition as unopposed and order his release.

**IT IS THEREFORE ORDERED** that Respondents shall file an amended response as detailed above within **fourteen (14) days** of the entry of this order.

**IT IS FURTHER ORDERED** that Petitioner's pending motions (Docs. 2, 8, 9, and 10) are **DENIED**.

**IT IS FURTHER ORDERED** that Respondents' Motion to Dismiss (Doc. 15) is **DENIED** without prejudice. Respondents may file an amended response as detailed above.

____________/S/_______________________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE